981 A.2d 1286

MALT BEVERAGES DISTRIBUTION ASSOCIATION
and Tanczos Beverages, Inc., Petitioners

v.

PENNSYLVANIA LIQUOR CONTROL BOARD, Respondents

Wegmans Food Markets, Inc., Intervenor

Malt Beverages Distributors Association, Petitioner

v.

Pennsylvania Liquor Control Board, Respondent

Wegmans Food Markets, Inc., Intervenor

Malt Beverages Distributors Association, Petitioner

v.

Pennsylvania Liquor Control Board, Respondent

Wegmans Food Markets, Inc., Intervenor

Malt Beverages Distributors Association
and Beer Super, Inc., Petitioners

v.

Pennsylvania Liquor Control Board, Respondents

Wegmans Food Markets, Inc., Intervenor

Malt Beverages Distributors Association
and K.E. Pletcher, Inc., Petitioners

v.

Pennsylvania Liquor Control Board, Respondents

Wegmans Food Markets, Inc., Intervenor.

Nos. 200 MAL 2009, 201 MAL 2009, 202 MAL
2009, 203 MAL 2009, 204 MAL 2009.

Supreme Court of Pennsylvania.

Sept. 29, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the Pennsylvania Liquor Control Board improperly apply its "interior connection" and "other business" rules so as to circumvent the fundamental Liquor Code rules establishing the venues at which beer may be sold in Pennsylvania and thereby authorize a supermarket that has a "restaurant" area within it to sell beer, primarily in six and twelve packs and primarily for take-out consumption, to its supermarket customers?